Catholic Mutual Benefit Association, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that the Code Napoleon and certificate should have been received in evidence. All concurred.

Mary M. Doty, Respondent, v. Syracuse and Suburban Railroad Company, Appellant.— Judgment of County Court and of Municipal Court of the city of Syracuse reversed, and a new trial ordered in said Municipal Court, with costs in all courts to appellant to abide event. New trial to be had on Tuesday, June 9, 1908, at ten o'clock in the forenoon. Held, that the verdict of the jury was contrary to and against the weight of the evidence. All concurred, except Spring and Kruse, JJ., who dissented.

Elizabeth Pletzke, as Administratrix, etc., Respondent, v. Pennsylvania Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented.

Emma D. Jones, Appellant, v. The Town of Lowville, Respondent.— Order affirmed, with costs. Held, that the trial judge properly exercised his discretion in setting aside the verdict on the ground that the verdict was contrary to the evidence. All concurred; McLennan, P. J., and Williams, J., concurring on the additional ground that the verdict is contrary to law.

Anna Sparks, Respondent, v. The City of North Tonawanda, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless the plaintiff, within twenty days, stipulates to reduce the verdict to the sum of $1,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred, except Kruse, J., who voted for affirmance.

The Paragon Plaster Company, Appellant, v. The Crucible Steel Company of America, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. All concurred, except McLennan, P. J., and Robson, J., who voted for affirmance on the ground that the action, within the meaning of section 3253 of the Code of Civil Procedure, was both difficult and extraordinary, and that the Special Term properly exercised its discretion in the matter.

Mary J. Calpin, Appellant, v. George A. Voas and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. The plaintiff may, at her election, strike from her complaint the words "and others," in which event she need not comply with that part of the order requiring her to name the persons included in the term "and others." All concurred.

James O. Sebring and Another, Respondents, v. Harriet A. Berne-Allen, Appellant.— Motion for reargument denied, with ten dollars costs.

Charles L. Chappell, Appellant, v. Lydia Chappell, Respondent.— Motion for leave to appeal to Court of Appeals granted and question for review certified.

Eliza S. Lowing, as Devisee, etc., Respondent, v. Isabelle Lowing How, as Executrix, etc., Appellant.— Motion to dismiss appeal denied, without costs. Held, that the remedy of respondent is to move at Special Term to have the